STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, IN THE INTEREST OF B. D., A JUVENILE, JUVENILE-RESPON-DENT.

Argued June 1, 1970—Decided June 19, 1970.

*Mr. David S. Baime,* Assistant Prosecutor of Essex County, argued the cause for the appellant (*Mr. Joseph P. Lordi,* Prosecutor, attorney).

*Mr. Donald H. Mintz* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Sullivan in the Appellate Division. 110 *N. J. Super.* 585.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal*—None.